IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES TACKETT**                                                                                           **PLAINTIFF**

v.                                          **4:23-cv-00996-JM**

**WADE GILLIAM,**
**Saline County Detention Center;** *et al.*                                                    **DEFENDANTS**

## ORDER

Plaintiff has not responded to the October 19, 2023 Order directing him to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*.  (Doc. 3.)   And the time to do so has expired.   Because the Court does not have a valid mailing address for Plaintiff, it would be futile to grant him an extension of time to comply with the Court's instructions.   (Docs. 4, 5.)

Therefore, the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution.   *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).   The Court withdraws the referral, and this case is CLOSED.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 28th day of November 2023.

_____
UNITED STATES DISTRICT JUDGE

1