IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES TACKETT**                                                                                            **PLAINTIFF**

v.                                               **4:23-cv-00996-JM**

**WADE GILLIAM,**
Saline County Detention Center; *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 28th day of November 2023.

_____
UNITED STATES DISTRICT JUDGE

1